December 1, 2011



# JUDGMENT

## The Fourteenth Court of Appeals

DONGSHENG HUANG, Appellant

NO. 14-11-00009-CV                    V.

RIVERSTONE RESIDENTIAL GROUP (ALEXAN PINEY CREEK), LKQ BEST AUTOMOTIVE, LP D/B/A SUNDOWN AUTO STORAGE, AND OVERHAULINPRO.COM, LLC D/B/A YOUR PARKING SOLUTION, Appellees

_____

This cause, an appeal from the judgment in favor of appellees, Riverstone Residential Group (Alexan Piney Creek), LKQ Best Automotive, LP d/b/a Sundown Auto Storage, and Overhaulinpro.com, LLC d/b/a Your Parking Solution, signed December 13, 2010, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Dongsheng Huang, to pay all costs incurred in this appeal. We further order this decision certified below for observance.